```
                           United States Bankruptcy Court
                           Western District of Washington
In re:                                                      Case No. 20-10323-TWD
Philip P Burnell                                            Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0981-2         User: admin             Page 1 of 1         Date Rcvd: Feb 03, 2020
                             Form ID: 309A           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
```
db              +Philip P Burnell,    17505 110th Lane SE,    Renton, WA 98055-6480
956780955       +Arvest Central Mortgage,    801 John Barrow Road,   Suite 1,    Little Rock, AR 72205-6511
956780957       +BMW Bank of North America,    Post Office Box 660545,   Dallas, TX 75266-0545
956780964       +Midland Mortgage,    Post Office Box 26648,   Oklahoma City, OK 73126-0648
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: rochelle@shuffieldlaw.com Feb 04 2020 02:04:38      Rochelle Shuffield,
                 Shuffield Bankruptcy Law,    14900 Interurban Avenue S, Ste 287,    Tukwila, WA 98168
tr              +EDI: QNLJAMES.COM Feb 04 2020 07:03:00      Nancy L James,    15008 63rd Dr SE,
                 Snohomish, WA 98296-4213
smg              EDI: WADEPREV.COM Feb 04 2020 07:04:00      State of Washington,   Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust              E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Feb 04 2020 02:04:50      United States Trustee,
                 700 Stewart St Ste 5103,    Seattle, WA 98101-4438
956780954       +EDI: AMEREXPR.COM Feb 04 2020 07:03:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
956780956        EDI: BANKAMER.COM Feb 04 2020 07:03:00      Bank of America,    Post Office Box 982238,
                 El Paso, TX 79998
956780960        EDI: CITICORP.COM Feb 04 2020 07:03:00      Citi,   Processing Center,   Des Moines, IA 50363
956780958       +EDI: CAPITALONE.COM Feb 04 2020 07:03:00      Capital One,    Attn: Bankruptcy Department,
                 Post Office Box 30285,    Salt Lake City, UT 84130-0285
956780959       +EDI: CHASE.COM Feb 04 2020 07:03:00      Chase,   Post Office Box 15298,
                 Wilmington, DE 19850-5298
956780961       +EDI: DISCOVER.COM Feb 04 2020 07:03:00      Discover Financial Services,   Post Office Box 3025,
                 New Albany, OH 43054-3025
956780962       +EDI: IRS.COM Feb 04 2020 07:03:00      IRS,   Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia, PA 19101-7346
956780963       +E-mail/Text: bk@lendingclub.com Feb 04 2020 02:05:08      Lending Club Corporation,
                 71 Stevenson,   Suite 300,   San Francisco, CA 94105-2985
956780965       +E-mail/Text: bankruptcy@prosper.com Feb 04 2020 02:05:08      Prosper Marketplace, Inc.,
                 221 Main Street, Suite 300,    San Francisco, CA 94105-1909
956780966       +EDI: RMSC.COM Feb 04 2020 07:03:00      SYNCB/Sam's,   Attn: Bankruptcy Department,
                 Post Office Box 965060,    Orlando, FL 32896-5060
956780967        EDI: TFSR.COM Feb 04 2020 07:03:00      Toyota Motor Credit,   Post Office Box 8026,
                 Cedar Rapids, IA 52408
956780968        EDI: USBANKARS.COM Feb 04 2020 07:03:00      US Bank,   800 Nicollet Mall,
                 Minneapolis, MN 55402
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
              Nancy L James    njamestrustee@outlook.com, njames@ecf.axosfs.com
              Rochelle Shuffield    on behalf of Debtor Philip P Burnell rochelle@shuffieldlaw.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| | | Information to identify the case: | | | | |
|---|---|---|---|---|---|---|
| Debtor 1: | | Philip P Burnell | | | Social Security number or ITIN: | xxx–xx–9696 |
| | | First Name | Middle Name | Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | | First Name | Middle Name | Last Name | Social Security number or ITIN: EIN: | _ _ _ _ _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | | Western District of Washington | | | Date case filed for chapter: | 7  1/31/20 |
| Case number: | | 20–10323–TWD | | | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/2017

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Philip P Burnell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17505 110th Lane SE<br>Renton, WA 98055 | |
| 4. | **Debtor's attorney**<br>Name and address | Rochelle Shuffield<br>Shuffield Bankruptcy Law<br>14900 Interurban Avenue S, Ste 287<br>Tukwila, WA 98168 | Contact phone 206–674–4565 ext. 161<br><br>Email: rochelle@shuffieldlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Nancy L James<br>15008 63rd Dr SE<br>Snohomish, WA 98296 | Contact phone 425–485–5541 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 700 Stewart St, Room 6301<br>Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 206–370–5200<br>Date: 2/3/20 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| | | |
|---|---|---|
| Debtor **Philip P Burnell** | | Case number **20–10323–TWD** |

| 7. | Meeting of creditors | **March 5, 2020 at 10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 5/4/20 |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**