Certificate Number: 01401-WAW-DE-034178085

Bankruptcy Case Number: 20-10323


01401-WAW-DE-034178085

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>March 3, 2020</u>, at <u>9:42</u> o'clock <u>PM EST</u>, <u>Philip P Burnell</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Washington</u>.

Date: <u>March 3, 2020</u>

By: <u>/s/Jeremy  Lark</u>

Name: <u>Jeremy  Lark</u>

Title: <u>FCC Manager</u>