The Honorable Timothy W. Dore
Chapter 7
Hearing Location: United States Bankruptcy Court, Courtroom 8106, 700 Stewart St., 8th Floor, Seattle, WA 98101
Hearing Date: April 10, 2020
Hearing Time: 9:30 a.m.
Response Date: April 3, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re:<br><br>Philip P Burnell<br><br>Debtor | Case No.: 20-10323-TWD<br><br>Chapter 7<br><br>NOTICE OF HEARING ON MIDFIRST BANK'S MOTION FOR RELIEF FROM STAY |
|---|---|

NOTICE OF HEARING

PLEASE TAKE NOTICE that MIDFIRST BANK's motion seeking Relief from the Automatic Stay (the "Motion") is SET FOR HEARING as follows:

Judge: Timothy W. Dore                                Time: 9:30 a.m.

Place: United States Bankruptcy Court,                Date: April 10, 2020
Courtroom 8106, 700 Stewart St., 8th Floor,
Seattle, WA 98101

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is April 3, 2020. IF NO RESPONSE IS TIMELY FILED AND

Notice of Motion - 1
MH#WA-20-160601

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-10323-TWD    Doc 14-1    Filed 03/16/20    Ent. 03/16/20 16:18:05    Pg. 1 of 2

SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: March 16, 2020    McCarthy & Holthus, LLP

By: /s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Attorneys for Creditor

Notice of Motion - 2
MH#WA-20-160601

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 20-10323-TWD    Doc 14-1    Filed 03/16/20    Ent. 03/16/20 16:18:05    Pg. 2 of 2